UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVERNE JOHNSON, : | Case No. 2:17-cv-4681-TJS |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| FINANCIAL BUSINESS AND CONSUMER : | |
| SOLUTIONS, INC. a/k/a FBCS, INC., : | |
| Defendant. : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 26, 2018                            Respectfully Submitted,

                                                   **GARIBIAN LAW OFFICES, P.C.**

                                                    */s/Antranig Garibian*
                                                   Antranig Garibian, Esq.
                                                   PA Bar No. 94538
                                                   1800 JFK Blvd, Suite 300
                                                   Philadelphia, PA 19103
                                                   ag@garibianlaw.com
                                                   *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of January, 2018                Respectfully Submitted,

                                                          */s/ Antranig Garibian*
                                                          Antranig Garibian